THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUEMEL TOME CUBEÑAS,<br>Petitioner,<br>v.<br>TODD BLANCHE, Attorney General of the United States, et. al.,<br>Respondents. | No. CV26-3653-TMC<br><br>ORDER GRANTING MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

THIS MATTER having come before the Court on Petitioner Quemel Tome Cubeñas's Motion for Application for Writ of Habeas Corpus ad Testificandum, and the Court having reviewed the motion and the records and files herein, the Court hereby GRANTS Mr. Tome Cubeñas's motion, and

HEREBY ORDERS that a Writ of Habeas Corpus ad Testificandum be issued and the Clerk is ordered to serve the Marshal with a copy of this order and the attached Writ for the production and delivery of Mr. Tome Cubeñas for the evidentiary hearing scheduled for November 19, 2026, at 10:30 am.

DATED this 12 day of November, 2026.

TIFFANY M. CARTWRIGHT
UNITED STATES DISTRICT JUDGE

Presented by:
*s/ Rebecca Fish*
Assistant Federal Public Defender



**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**