THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUEMEL TOME CUBEÑAS,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE, Attorney General of the United States, et. al.,<br><br>Respondents. | No. CV26-3653-TMC<br><br>AMENDED ORDER GRANTING MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

THIS MATTER having come before the Court on Petitioner Quemel Tome Cubeñas's Amended Motion for Application for Writ of Habeas Corpus ad Testificandum, and the Court having reviewed the motion and the records and files herein, the Court hereby GRANTS Mr. Tome Cubeñas's amended motion, and

HEREBY ORDERS that a Writ of Habeas Corpus ad Testificandum be issued and that Counsel for the Federal Respondents (namely Brian Kipnis and/or the U.S. Attorney's Office) is ordered to serve Immigration and Customs Enforcement (ICE) with a copy of this order and the attached Writ for the production and delivery of Mr. Tome Cubeñas for the evidentiary hearing scheduled for November 19, 2026, at 10:30 am. ICE is ordered to comply with this Writ.

DATED this 13th day of November, 2026.

TIFFANY M. CARTWRIGHT
UNITED STATES DISTRICT JUDGE



**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**